# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **25 Mag. 1999**

USAO No. **2025R00494**

Date **8/18/2025**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

United States v. **Ossi Manuel Amparo Vasquez**

The Complaint/Rule 40 Affidavit was filed on **6/20/2025**

✓ *U.S. Marshals please withdraw warrant*

MARGARET LYNAUGH
Digitally signed by MARGARET LYNAUGH
Date: 2025.08.18 16:34:56 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**
DATE: 8/22/25

UNITED STATES MAGISTRATE JUDGE